DOCKET NO. 408

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DISPUTE REGARDING COAL RESERVES, LAND AND COAL MINING EQUIPMENT AT MINGO COUNTY, WEST VIRGINIA

ORDER DENYING TRANSFER

Presently before the Panel in this litigation are three actions, two pending in the Southern District of New York and one in the Southern District of West Virginia.

This matter is before the Panel on a motion, pursuant to 28 U.S.C. §1407, to transfer the West Virginia action to the Southern District of New York for coordinated or consolidated pretrial proceedings with the actions pending there.

On the basis of the papers filed in this litigation,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer under Section 1407 exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products, Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 pertaining to the actions listed on the following Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] All parties waived oral argument and, therefore, this matter was submitted for decision on the basis of the papers filed. See Rule 14, R.P.J.P.M.L., 78 F.R.D. 561, 572 (1978).

SCHEDULE A

DOCKET NO. 408 -- In re Dispute Regarding Coal Reserves, Land and Coal Mining Equipment at Mingo County, West Virginia

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Cumberland Group, et al. v. Cotiga Development Co., et al. | Civil Action No. 79 Civ 6717 |
| The Cumberland Group, et al. v. Cotiga Development Co., et al. | Civil Action No. 79 Civ 6718 |

SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ERT Coal Corp., et al. v. The Cumberland Group, et al. | Civil Action No. 79-2405 |